UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/05
```

Maurice McKay, et al

                **Plaintiffs.**

-V-

New York City, et al,

                **Defendants.**

Case No.
05-cv-8936(KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for general pre-trial purposes and discovery.

Dated: November 15, 2005
New York, New York

/s/ Kenneth M. Karas
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE