UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/05

Maurice McKay, et al

Plaintiffs.

-V-

New York City, et al,

Defendants.

Case No.
05-cv-8936(KMK)

ORDER

KENNETH M. KARAS, District Judge:

The orders dated November 11, 2005 and November 15, 2005 consolidating this case with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and referring this case to Magistrate Judge Francis for general pre trial purposes and discovery are hereby VACATED.

Dated: November 29, 2005
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE