# Exhibit A

BRONX SUPREME COURT
CRIMINAL DIVISION

| THE PEOPLE OF THE STATE OF NEW YORK | |
|---|---|
| v. | STATE OF NEW YORK |
| 1.  MAURICE MCKAY M/41 | COUNTY OF THE BRONX |
| Defendant | |



2005BX031533

   PO MICHAEL CHIAIA of TBTA, Shield# 2507, states that on or about April 23, 2005 at approximately 6:31 PM at THROGS NECK BRIDGE, THROGS NECK EXPRESSWAY TO GLENNON PLACE, County of the Bronx, State of New York,

   THE DEFENDANT COMMITTED THE OFFENSES OF:
   1 (M) P.L. 205.30            Resisting Arrest
   2 (M) P.L. 195.05            Obstructing Governmental Administration 2^
   3 (V) P.L. 240.20(1)         Disorderly Conduct
   4 (V) P.L. 240.20(5)         Disorderly Conduct

IN THAT THE DEFENDANT DID: intentionally prevent or attempt to prevent a peace officer or police officer from effecting an authorized arrest of himself or another person; intentionally obstruct, impair or pervert the administration of law or other governmental function or prevented or attempted to prevent a public servant from performing an official function, by means of intimidation, physical force or interfernce, or by means of an independently unlawful act, or by means of interfering, whether or not physical force was involved, with radio, telephone, television or other telecommunications owned or operated by the state or a county, city, town, village, fire district or emergency medical service; with the intent to cause public inconvenience, annoyance or alarm or recklessly creating a risk thereof, engage in fighting, or in violent, tumultuous or threatening behavior and with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, obstruct vehicular or pedestrian traffic.

   THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

   Deponent states that, at the above time and place, he observed defendant seated behind the steering wheel and operating a 2002 red mercedes compressor New York license plate# BVW1600.  Deponent further states that he observed defendant enter his lane of the toll plaza and deponent instructed defendant to get off his cellular phone and defendant stated in sum and substance: I'LL GET OFF THE PHONE WHEN I'M DONE WITH MY CALL.  Deponent further states that he asked defendant to produce his license and registration in order to issue a summons and defendant stated in sum and substance:I DON'T HAVE TO SHOW YOU ANYTHING, I WANT MY FIFTY CENTS CHANGE AND I WILL NOT BE ARRESTED WITHOUT A FIGHT.

   Deponent further states that the defendant's actions caused traffic to back

Page 1 of 2



000187432

up in the toll plaza requiring deponent to divert traffic to another toll lane. Deponent further states that he is a New York City Bridge and Tunnel Authority officer and as such was attempting to issue a traffic violation summons to the defendant for his conduct but was unable to do so due to the defendant's refusal to provide his license and registration.

Deponent further states while deponent attempted to arrest defendant, defendant flailed his arms and legs trying to free himself from the officer to prevent from being handcuffed.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

5/25/05  3:20 pm
DATE and TIME                    SIGNATURE