# Exhibit B

_Saturday April 23, 2005_

— REDACTED —

_Sunday April 24, 2005_    0005

0.23x

— REDACTED —

| 0052 | Arrest | ARREST INFORMATION |  |
|---|---|---|---|
|  |  | A/O _Chiara_ CMD: _TB1A_ SH# _987_ TIME _1831_ |  |
|  |  | ARREST LOC _1124 Thressnof Exp_ SEX _M_ RACE _B_ | 03u |
|  |  | DEFT NAME _McKay Maurice_ AGE _41_ D/O/B _2/12/64_ |  |
|  |  | ADDRESS DEFT _411 prinks av Bryon NY_ PHYS/MENTAL COND _appl_ |  |
| Released @ 0600 HRS DAT# 45055586 |  | FUNDS _6/.00_ c/r SPELL OUT TOP CHARGE _Restrp_ |  |
|  |  | EVIDENCE ___ PERS. PROP. VOUCH ___ |  |
|  |  | NOTIF ___ TIME OUT ___ | 03u |
|  |  | UNCARED FOR DEPENDANTS Y/N ___ ADD. INFO ___ |  |

— REDACTED —