# Exhibit C

```
*************************************************************************
| DEFENDANT INFORMATION                          ARREST ID: B05627318  |
| NAME:MCKAY          MAURICE     A SEX:M RACE:BLACK    DOB:02/12/64 AGE: 41 |
| AKA: _____ CITZ? NO  POB:JAMAICA           PHONE:(____)____-____ |
|                                                                      |
| ADDR: 40      PRINCESS AVE BAY SHORE    NY 11706 RES PCT: N.Y. STATE  |
| SKIN TONE: DARK   HGT: 6'02" WGT: 245 EYE COLOR: BROWN  HAIR COLOR:BLACK |
| SOC STATUS: _____  SOC SEC #: 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  DEFT/VICT RELAT: _____ |
| PHYSICAL COND: APPARENTLY NORMAL          TYPE DRUG USED: NONE        |
| OCCUPATIONAL AREA: OTHER POLICE OFF                                   |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____      NO: _____ |
| CALLS: NO: _____ NAME: REFUSED    NO:(   ) -     NAME: _____  |
| ORACLE# 00000000 NYSID# 8432452R FAX# BP004398 ARR.PROC: D A T        |
|                                                                      |
|                                                                      |
|                                                                      |
*************************************************************************
| NARRATIVE: AT T/P/O DEFT WAS OBSERVED OPERATING VEH WHILE USI         |
|            NG MOBILE PHONE. DEFT WAS ASKED FOR INFO AND REFUS         |
|            ED. UPON EFFECTING ARREST, DEFT RESISTED.                  |
*************************************************************************
| CHARGES INFORMATION                                                   |
|                ATT   LAW   SEC  SUB | CLS TYPE CTS     DESCRIPTION     |
| TOP CHARGE--->  N  |  PL | 195.05 00 |  M |  A  | 01 | OBS GOVT ADMN 2 |
| TOTAL CHARGES   N  |  PL | 205.30 00 |  M |  A  | 01 | RESIST ARREST   |
| COUNT = 05      N  |  PL | 240.20 00 |  V |  0  | 01 | DISORD CONDUCT  |
|                 N  | VTL | 110.20 00 |  I |  0  | 01 | FAIL COMP ORDER |
|                 N  | VTL | 122.5C 2A |  I |  0  | 01 | VIOL MISC RULES |
*************************************************************************
| ARREST RELATED INFORMATION          | DAT? YES     RETURN DATE:06/20/05 |
|                                     | DAT# 00000000   A/O EXC? NO      |
| TIME 01:20 DATE 04/24/05 CMD 045    ******************************      |
| WEAPON POSS/USED:PHYSICAL FORCE        ARREST LOC:     THROGS NECK BRIDGE |
| NUM OF ASSOC:00                                                       |
| PROPERTY VOUCHERS:                                                    |
|          1 NO: _____ CMD: ____ VAL: _____ TYP: _____              |
|          2 NO: _____ CMD: ____ VAL: _____ TYP: _____              |
|          3 NO: _____ CMD: ____ VAL: _____ TYP: _____              |
*************************************************************************
| COMPLAINANT/UF-61/VICTIM INFORMATION                                  |
| IS COMPL A CORP? Y/N  OR PSNY? Y/N  OR DISABLED? NO    TOTAL VICTIMS = 00 |
| COMPL NAME: _____                                 |
| ADDR: _____ TEL NUM: (____)____-____         |
| AIDED NO: _____ AIDED CMD: ____ ACC NO: ____ ACC CMD: ____           |
| UF-61:  NO:002982 CMD:045 SECTOR:C  JURISDICTION: TRI-BORO BRDG TUNNL  |
| TIME & DATE OF OCCURRENCE:  18:31  ON  04/23/05    METHOD: _____   |
| PREMISES: _____ LOCATION:     THROGS NECK BRONX            |
*************************************************************************
| ARRESTING OFFICER INFORMATION                                         |
| NAME:CHIAIA       MICHAEL  V RANK: ___ SOC SEC NO: ████████ SHIELD: __ |
| DEPT:TBBT       CHART: OTHER              SQUAD: 05     ASSN: _____   |
|                                                                      |
| OFFICER:  INJURED? NO     ASSIGNED? YES     ON DUTY? YES   IN UNIFORM? YES |
| USED FORCE? NO  TYPE: _____        REASON: _____            |
*************************************************************************
```

STATE OF NEW YORK )
                  )ss
COUNTY OF NEW YORK)

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF AN
RECORD IN THE CUSTODY OF THE IDENTIFICATION
THE POLICE DEPARTMENT OF
NEW YORK

2-14-06