# Exhibit D

# CRIMINAL COURT
## OF THE CITY OF NEW YORK

Arrest Date: April 24, 2005
Time: 1:20 am ___M.

**ARRAIGNMENT**

Part _____ County: Bronx

The People of the State of New York
vs.

2005BX031533

The defendant upon appearing for arraignment:

___ was assigned Legal Aid Society counsel for arraignment only.
___ was assigned Legal Aid Society counsel.
___ was represented by his own counsel.
___ was represented by himself.
✓ was furnished with a copy of the accusatory Instrument filed against him.
___ was informed pursuant to section 170:10 CPL.
___ waived the requirement that he be informed pursuant to section 170.10 of the CPL.
___ was informed pursuant to section 1807-f of the V.T.L.
___ was served with notice by the District Attorney pursuant to section 710.30-1a of the CPL
___ was served with notice by the District Attorney pursuant to section 710.30-1b of the CPL

**DAT**

#1 NAME: MAURICE MCKAY  AGE: M/41
STREET ADDRESS: 40 PRINCESS AVE  PVT
CITY: BAY SHORE  STATE: NY

FINE + M/S PAID

#2 NAME _____ AGE _____
STREET ADDRESS _____
CITY _____ STATE _____

#3 NAME _____ AGE _____
STREET ADDRESS _____
CITY _____ STATE _____

#4 NAME _____ AGE _____
STREET ADDRESS _____
CITY _____ STATE _____

Defendants are charged with violation of
205.30, 195.05, 240.20(1)
240.20(5)

OFFICER'S NAME: CHIATA, M  SHIELD#: PO 2507  COMMAND: TBTA
VACATION LEAVE  DUTY CHART _____

PCT. ARREST SERIAL# _____ COMPL. PREP. BY _____
Search Warrant # _____ Executed, in this case

Judge (signature) 6/27/07
$250.00
Biew Fluw
Co Coll...

**ADJOURNMENT**
To Part _____  To Date 6-10-05  MCP

**BAIL CONDITION**
#1 ROR  INS. CO. BAIL BOND  OR CASH BAIL
#2 _____ INS. CO. BAIL BOND  OR CASH BAIL
#3 _____ INS. CO. BAIL BOND  OR CASH BAIL
#4 _____ INS. CO. BAIL BOND  OR CASH BAIL

___ The defendant, upon being released on his own recognizance, was directed by the Court pursuant to section 510.40 of the CPL.

**SPEEDY TRIAL**
Adjournment period to be excluded under Sec. 30.30 CPL.

ADJ. REQUEST PRESENT ABSENT NOTIFY EXCUSED
People | Officer | Officer | Officer
Complainant/Complainant/Complainant
Court | Defendant | Defendant | Defendant
Attorney | Attorney | Attorney

___ Adjournment period to be charged under pursuant to section 170.10 CPL.
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.
___ Psychiatric examination ordered.
___ Custody ___ Out-Patient
___ Narcotic examination ordered.
___ Medical attention required.

DATE _____ JUDGE _____

**DISPOSITION**
Charges reduced to _____

DATE _____ JUDGE _____
DISMISSAL - PLEA - CONVICTION - ACQUITTAL
#1 _____
#2 _____
#3 _____
#4 _____

**SENTENCE**
Before pronouncing sentence at the time of conviction, the Court has inquired as to whether an adjournment is desired by the defendant.
___ The defendant does not desired an adjournment pursuant to Section 380.50 CPL, whether he wished to make a statement.
___ The defendant was advised of his right to appeal.

DATE _____ JUDGE _____

**FINE PAID**
DATE COLLECTED _____ PART _____ RECEIPT# _____ AMOUNT _____
COLLECTED BY (FULL SIGNATURE) _____
FINE BOOK ENTRY BY (FULL SIGNATURE) _____
DOCKET BOOK ENTRY BY (FULL SIGNATURE) _____

# RECORD OF COURT ACTION
Form CRC 151.1

| Date | Court Action | 1 | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| | | | People | Officer | Officer | Officer | Officer |
| Part | | | Defense | Complainant | Complainant | Complainant | Complainant |
| | PB OVB 1225 C-2 | | Consent | (Defendant) | Defendant | Defendant | |
| | @ OVR 1102 | | Court | (Attorney) | Attorney | Attorney | |

AUG 10 2005  
JUDGE R. TORRES  
Kathleen McSherry  
Senior Court Reporter

MCP  
$100  
MS 50  
$150

Reason for Adjournment: Cashier 10/12/05

SPEEDY TRIAL
___ Adjournment period to be excluded under 30.30 CPL
___ Adjournment period to be charged under 30.30 CPL
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.

Bail Condition
___ The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Sec. 510.40 of the CPL.

| Date | Court Action | 2 | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| | | | People | Officer | Officer | Officer | Officer |
| Part | | | Defense | Complainant | Complainant | Complainant | Complainant |
| | | | Consent | Defendant | Defendant | Defendant | |
| Reporter | | | Court | Attorney | Attorney | Attorney | |

Reason for Adjournment

SPEEDY TRIAL
___ Adjournment period to be excluded under 30.30 CPL
___ Adjournment period to be charged under 30.30 CPL
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.

Bail Condition
___ The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Sec. 510.40 of the CPL.

| Date | Court Action | 3 | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| | | | People | Officer | Officer | Officer | Officer |
| Part | | | Defense | Complainant | Complainant | Complainant | Complainant |
| | | | Consent | Defendant | Defendant | Defendant | |
| Reporter | | | Court | Attorney | Attorney | Attorney | |

Reason for Adjournment

SPEEDY TRIAL
___ Adjournment period to be excluded under 30.30 CPL
___ Adjournment period to be charged under 30.30 CPL
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.

Bail Condition
___ The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Sec. 510.40 of the CPL.

| Date | Court Action | 4 | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| | | | People | Officer | Officer | Officer | Officer |
| Part | | | Defense | Complainant | Complainant | Complainant | Complainant |
| | | | Consent | Defendant | Defendant | Defendant | |
| Reporter | | | Court | Attorney | Attorney | Attorney | |

Reason for Adjournment

SPEEDY TRIAL
___ Adjournment period to be excluded under 30.30 CPL
___ Adjournment period to be charged under 30.30 CPL
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.

Bail Condition
___ The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Sec. 510.40 of the CPL.

Court No.                    Defendant                    RECORD OF COURT ACTION

```
AH01                      CRIMS APPEARANCE MENU              01/30/2006
COUNTY: BRONX              APPEARANCE HISTORY                   7060
                                            DOCKET #: 2005BX031533
   NAME: MCKAY,MAURICE A                    CASE #: 31533C-2005
    CCN: 57442269 Z     NYSID #: 8432452 R    ARREST #: B05627318
    DOB: 02/12/1964     DEF STATUS:          ARREST DATE: 04/24/2005
IN CARE OF:                             STANDARD & GOAL AGE: 0000051
 STREET: 40 PRINCESS AVE   APT/FLR:
   CITY: BAY SHORE              STATE: NY    ZIP:
   RACE: B    SEX: M                                FINISHED 09/06/2005
------------------------------------------------------------------------
08/10/2005 (COM)    MCP      JDG:TORRES,R    RPTR:MCSHERRY,K  NT  PGSI
    ADV FRM:10/12/2005  FINE:$100 PAID  SURCH:$45 PAID  CVAF:$5 PAID




APPEARANCE OPTION:    1) ALL, 2) FINAL DISP,      PF11 TO VIEW  PF9 TO VIEW
3) APPELLATE, 4) KEY - ARRAIGN, DISP, SENT, RESENT     MOTIONS     CHARGES
COMMAND:       MESSAGE:
```



SUPREME COURT / CRIMINAL COURT
BRONX COUNTY

PUT GENTILE

| PART | DATE | JUSTICE | ADJOURNED TO PART | ADJOURNED TO DATE | REASON FOR ADJOURNMENT / REMARKS | COURT REPORTER | COURT CLERK |
|---|---|---|---|---|---|---|---|
| AM | AUG 10 2005 | Clayton | MCP | 8-0 | Ref PG VTC 1225 C2, PG VTL 1102 | Kathleen McSherry, Senior Court Reporter | |

MCKAY, MAURICE A
CHARGES
PL 205.30 (00) AM
PL 195.05 (00) AM
PL 240.20 (05) V
PL 240.20 (01) V

FINE + MS PAID