KARAS, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Maurice McKay,

                                    Plaintiff,

        -against-

The City of New York, Triborough Bridge and Tunnel Authority ("TBTA"), TBTA Police Officer Michael Chiaia, Shield #2507, Police Officers John Does #1-4,

                                  Defendants.

---------------------------------------------------------------- X

**STIPULATION TO WITHDRAW CLAIMS**

05 CV 8936 (KMK)

      **WHEREAS**, plaintiff Maurice McKay commenced this action by filing a complaint on or about October 20, 2005 alleging that defendant City of New York violated plaintiff's rights under Federal and State law;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein that the complaint is amended as follows:

All State and Federal claims brought against defendant City of New York as set forth throughout the complaint are withdrawn without prejudice.

Dated: New York, New York

3/2, 2006

David A. Zelman, Esq.
Attorney for Plaintiff
612 Eastern Parkway
Brooklyn, New York 10007-3001
(718) 604-3072

By: _____
David A. Zelman, Esq. (DZ 8578)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007
(212) 788-0971

By: _____
Anna Nguyen (AN 6973)
Assistant Corporation Counsel

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date: 3/28/06

2