UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE MCKAY                                    05-CV-8936 (KMK) (JCF)

       Plaintiff,

 -against-             NOTICE OF
                    APPEARANCE

THE CITY OF NEW YORK, TRIBOROUGH
BRIDGE AND TUNNEL AUTHORITY ("TBTA")
TBTA POLICE OFFICER MICHAEL CHIAIA,
Shield #2507 POLICE OFFICERS JOHN
DOES #1-4

       Defendants.
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Suzanne M. Halbardier and Barry, McTiernan & Moore hereby appear on behalf of the Triborough Bridge and Tunnel Authority ("TBTA"), and demand that all papers be served upon them at the address below.

Dated: New York, New York
    April 26, 2006

               _____
               SUZANNE M. HALBARDIER (SMH-0310)
               shalbardier@bmmfirm.com
               Attorneys for Defendant
               Triborough Bridge and Tunnel Authority ("TBTA")
               BARRY, McTIERNAN & MOORE
               Two Rector Street, 14th Floor
               New York, New York 10006
               (212) 608-8999

TO:
Via ECF
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225