X:\Cases\TB\50514\LEGAL\SMH\AFF01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

MAURICE MCKAY                                    05-CV-8936 (KMK) (JCF)

                          Plaintiff,

              -against-                                **AFFIDAVIT**

THE CITY OF NEW YORK, TRIBOROUGH
BRIDGE AND TUNNEL AUTHORITY ("TBTA")
TBTA POLICE OFFICER MICHAEL CHIAIA,
Shield #2507 POLICE OFFICERS JOHN
DOES #1-4

                          Defendants.

--------------------------------------------------------------X

STATE OF NEW YORK    )
                     )  §:
COUNTY OF NEW YORK   )

        SUZANNE M. HALBARDIER, being duly sworn, deposes and says as follows:

        1.      I am a member of the firm of BARRY, McTIERNAN & MOORE, and submit this Affidavit in compliance with Local Civil 1.4. I am a member of the bar of this Court.

        2.      My firm has been retained to represent the Triborough Bridge and Tunnel Authority (TBTA) in place of and instead of Wallace D. Gossett.

        3.      Bridget Mulvenna previously appeared on behalf of the Triborough Bridge and Tunnel Authority (TBTA) by service of an Answer filed on February 27, 2006.

        4.      Thereafter, a decision was made by the TBTA to transfer the matter to our firm to handle the lawsuit and represent the interests of Triborough Bridge and Tunnel Authority (TBTA).

5.     We have received the legal file from the TBTA, and our firm's substitution will not unduly delay or prolong the discovery in this matter.

6.     It is therefore respectfully requested that this Court permit the withdrawal of Ms. Mulvenna from representation of the TBTA and order the substitution of my firm on behalf of the Triborough Bridge and Tunnel Authority (TBTA)

_____
SUZANNE M. HALBARDIER (SMH-0310)

Sworn to before me this
26th day of April, 2006.

*Notary Public*

**ANNETTE-MARI NEWELL**
**Notary** Public, State of New York
No. 01NE4637109
**Qualified** in Richmond County
**Commission** Expires May 31, 2006