UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE MCKAY

          Plaintiff,

-against-

THE CITY OF NEW YORK, TRIBOROUGH
BRIDGE AND TUNNEL AUTHORITY ("TBTA")
TBTA POLICE OFFICER MICHAEL CHIAIA,
Shield #2507 POLICE OFFICERS JOHN
DOES #1-4

          Defendants.
------------------------------------------------------------X

05-CV-8936 (KMK) (JCF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/06

It is hereby ordered that Suzanne M. Halbardier of Barry, McTiernan & Moore, 2 Rector Street 14th floor, New York, NY 10006 at (212) 608-8999 is hereby substituted in place and instead of Bridget Mulvenna, of the offices of Wallace D. Gossett, 2 Broadway, New York, NY 10004 on behalf of defendant TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY ("TBTA")

Dated:

KENNETH M. KARAS, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE MCKAY                                                05 CV 8936 (KMK) (RLE)

                    Plaintiff,

        -against-                                            **AFFIDAVIT**

THE CITY OF NEW YORK, TRIBOROUGH
BRIDGE AND TUNNEL AUTHORITY ("TBTA")
TBTA POLICE OFFICER MICHAEL CHIALA,
Shield 2597, POLICE OFFICERS JOHN
DOES #1-4

                    Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

    SUZANNE M. HALBARDIER, being duly sworn, deposes and says as follows:

    1.   I am a member of the firm of BARRY, McTIERNAN & MOORE, and submit this Affidavit in compliance with Local Civil 1.4. I am a member of the bar of this Court.

    2.   My firm has been retained to represent the Triborough Bridge and Tunnel Authority (TBTA) in place of and instead of Wallace D. Gossett.

    3.   Bridget Mulvenna previously appeared on behalf of the Triborough Bridge and Tunnel Authority (TBTA) by service of an Answer filed on February 27, 2006.

    4.   Thereafter, a decision was made by the TBTA to transfer the matter to our firm to handle the lawsuit and represent the interests of Triborough Bridge and Tunnel Authority (TBTA).

5. We have received the legal file from the TBTA and our firm's substitution will not unduly delay or prolong the discovery in this matter.

6. It is therefore respectfully requested that this Court permit the withdrawal of Ms. Mulvenna from representation of the TBTA and order the substitution of my firm on behalf of the Triborough Bridge and Tunnel Authority (TBTA).

SUZANNE M. HALBARDIER (SMH-0510)

Sworn to before me this
26th day of April, 2006.

Annette Mau Sewell
Notary Public

ANNETTE MAU SEWELL
Notary Public, State of New York
No. 0_____
Qualified in Richmond County
Commission Expires May 31, 2006