USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maurice McKay,
                    Plaintiff,

-v-

The City of New York, et al
                    Defendants.

Case No.
05-cv-8936 (KMK)

REFERRAL ORDER
ECF

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge Ronald E. Ellis for the following purpose(s):

**☑** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
All such motions: _____

___    Inquest After Default/Damages Hearing

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    May 2, 2006
         New York, New York

 

                                      Kenneth M. Karas
                                      United States District Judge