UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE MCKAY                                   05-CV-8936 (KMK) (JCF)

                Plaintiff,

    -against-                                   **RULE 7.1 STATEMENT**

THE CITY OF NEW YORK, TRIBOROUGH
BRIDGE AND TUNNEL AUTHORITY ("TBTA")
TBTA POLICE OFFICER MICHAEL CHIAIA,
Shield #2507 POLICE OFFICERS JOHN
DOES #1-4

                Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned attorney submits the following disclosure statement:

      THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY is a governmental party. Defendant Michael Chiaia is an individual.

Dated: New York, New York

      June 30, 2006

                                              _____
                                              Suzanne M. Halbardier (SMH-0310)
                                              BARRY MCTIERNAN & MOORE
                                              Attorneys for TBTA and Michael Chiaia
                                              2 Rector Street –14th Floor
                                              New York, New York 10006