USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE MCKAY,

           Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

           Defendants.

ORDER

05 Civ. 8936 (KMK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on July 25, 2006,

**IT IS HEREBY ORDERED** that:

1) plaintiff shall file an amended complaint by **August 25, 2006**; and

2) the parties shall participate in a conference before the Court on **September 28, 2006,** at 10:30 a.m.

SO ORDERED this 26th day of July 2006
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge