UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE MCKAY,

                     Plaintiff,

        - against -

THE CITY OF NEW YORK,

                     Defendant.

**CORRECTED ORDER**

05 Civ. 8936 (KMK) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:

**RONALD L. ELLIS, United States Magistrate Judge:**

Whereas defendant has not made initial document disclosures,

**IT IS HEREBY ORDERED** that

1) Defendant provide initial disclosures to plaintiff by **October 6, 2006**;

2) Defendant submit a status report on or before **October 20, 2006**; and

3) Discovery be completed by **December 15, 2006.**

**SO ORDERED this 29th day of September 2006**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge