USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/25/06

**David A. Zelman, Esq.**
**Law Office of David A. Zelman**
**612 Eastern Parkway**
**Brooklyn, NY 11225**
**(718) 604-3072**

RECEIVED

CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

Oct. 20, 2006

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>**McKay v. The City of New York et. al.**</u>
       <u>**Case #: 05-CV 8936 (KMK) (JCF)**</u>

Honorable Ronald L. Ellis:

    I am the attorney for the plaintiff in the above matter. Recently, this office was served with discovery which for the first time lists the names and describes the roles which individual TBTA officers played in the incident complained of. As mentioned at the previous Court conference, once in receipt of these persons identities, this office intended to amend the complaint to add these officers.

    Most recently, the Court ordered that the amended complaint was due on August 25, 2006. Since this office did not receive defendants disclosures until October, it would not have been possible at that time to ascertain the identities of all the officers involved nor the roles played by each of the officers in the arrest.

    I have spoken to defense counsel and she has consented to this request. Therefore, I ask that this Court allow the plaintiff to amend the complaint to add new defendants up until October 30, 2006.

    Thank-you for your kind consideration in this matter.

Very Truly Yours:
Law Office David A. Zelman

David A. Zelman, Esq.

**SO ORDERED**

Ronald Ellis 10-24-06

MAGISTRATE JUDGE RONALD L. ELLIS

cc:      Via Fax 212-608-8901
           Suzzane Halbardier, Esq.
           Barry McTiernan & Moore
           Counselors at Law
           2 Rector Street,
           New York, NY 10007