UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/07
```

MAURICE MCKAY,

                Plaintiff,

- against -

THE CITY OF NEW YORK,

                Defendant.

ORDER

05 Civ. 8936 (KMK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that all discovery be completed on or before **February 28, 2007.**

**SO ORDERED this 29th day of January 2007**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge