UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Maurice McKay,

          **Plaintiff,**

  -v-

**The City of New York, et al**

          **Defendants.**

---

Case No.

05-cv-8936 (KMK)

<u>CONFERENCE ORDER</u>
ECF

<u>KENNETH M. KARAS, District Judge</u>:

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel who will try the case appear for a status conference on March 9, 2006 at 10:30am in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

        Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

        Counsel for the Plaintiff is directed to notify all attorneys in this action by serving upon each of them a copy of this Order.

Dated: January **29**___, 2007
      New York, New York

                              _____
                              KENNETH M. KARAS
                              UNITED STATES DISTRICT JUDGE