UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE MCKAY,

               Plaintiff,

- against -

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/07
```

**ORDER**

05 Civ. 8936 (KMK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Upon the parties joint request for an extension of discovery,

**IT IS HEREBY ORDERED** that discovery be completed by **March 9, 2007.**

**SO ORDERED this 2nd day of March 2007**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge