UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/07

Maurice McKay,

                                      Plaintiff,


            -v-

                                                    Case No.
                                                    05-cv-8936 (KMK)

                                                    CONFERENCE ORDER
The City of New York, et al                         ECF
                                      Defendants.


KENNETH M. KARAS, District Judge:

            The above-entitled action having been assigned to the undersigned for all
purposes, it is hereby

            ORDERED, that the conference previously scheduled for March 9, 2007 is
adjourned to May 4, 2006 at 10:00am.

            Any request for adjournment must be made in writing at least two business
days prior to the scheduled appearance. Adjournments will be granted only upon consent of all
parties and upon good cause shown.

            Counsel for the plaintiff is directed to notify all attorneys in this action by
serving upon each of them a copy of this Order.


Dated: March 2, 2007
       New York, New York

                                      _____
                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE