David A. Zelman, Esq.
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072



Via Mail
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 24, 2007

    Re: **McKay v. The City of New York et. al.**
       **Index #: 05-CV 8936 (KMK) (JCF)**

Honorable Kenneth M. Karas:

  This office represents Mr. McKay who is the plaintiff in the above matter. Due to an appearance before the Appellate Division, Second Department on May 4, 2007, this office requests a short adjournment of the May 4 conference. Available dates for both counsel are May 7 in the PM, May 8 and May 9. Defense counsel consented to this application.

  Thank-you for your consideration.

                Very Truly Yours:

                David A. Zelman

Via Fax: John Winne, Esq.
Fax #: 212-608-8901

*Conference adjourned to May 9, 2007 @ 10:30AM.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/1/07
```

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/30/07