x:\cases\tb\50514\legal\AmendedAns-02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X    05-CV-8936

MAURICE MCKAY

                              Plaintiff,

        - against -
                                                                **RULE 7.1**
                                                                **STATEMENT**
TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY ("TBTA"), TBTA POLICE OFFICER
MICHAEL CHIAIA, Shield #2507, TBTA POLICE
OFFICER JOSE VASQUEZ, TBTA POLICE OFFICER
CLARENCE WHITAKER, Shield #422, TBTA
POLICE OFFICER MICHAEL ALBANO, TBTA
POLICE OFFICER MICHAEL ZINO,

                              Defendants.
-------------------------------------------------------------------------X

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned

attorney submits the following disclosure statement:

        THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY is a governmental

party.  Defendants TBTA POLICE OFFICER MICHAEL CHIAIA, Shield #2507, TBTA

POLICE OFFICER JOSE VASQUEZ, TBTA POLICE OFFICER CLARENCE

WHITAKER, Shield #422, TBTA POLICE OFFICER MICHAEL ALBANO, and TBTA

POLICE OFFICER MICHAEL ZINO, are individuals.


Dated: New York, New York
        May 2, 2007


                                        _____
                                        JOHN V. WYNNE (JVW 3072)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        2 Rector Street - 14th Floor
                                        New York, New York  10006
                                        (212) 313-3600
                                        File No.:  TB 50514

TO:
DAVID A. ZELMAN, ESQ. (DZ 8578)
Attorneys for Plaintiff
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072