x:\cases\tb\50514\legal\AmendedAns-02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   05-CV-8936
MAURICE MCKAY

                        Plaintiff,

  - against -

                                                                                **RULE 7.1**
TRIBOROUGH BRIDGE AND TUNNEL                        **STATEMENT**
AUTHORITY ("TBTA"), TBTA POLICE OFFICER
MICHAEL CHIAIA, Shield #2507, TBTA POLICE
OFFICER JOSE VASQUEZ, TBTA POLICE OFFICER
CLARENCE WHITAKER, Shield #422, TBTA
POLICE OFFICER MICHAEL ALBANO, TBTA
POLICE OFFICER MICHAEL ZINO,

                      Defendants.
------------------------------------------------------------------X

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned attorney submits the following disclosure statement:

THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY is a governmental party. Defendants TBTA POLICE OFFICER MICHAEL CHIAIA, Shield #2507, TBTA POLICE OFFICER JOSE VASQUEZ, TBTA POLICE OFFICER CLARENCE WHITAKER, Shield #422, TBTA POLICE OFFICER MICHAEL ALBANO, and TBTA POLICE OFFICER MICHAEL ZINO, are individuals.

Dated: New York, New York
        May 2, 2007

                                                                         _/s/ John V. Wynne_
                                                        JOHN V. WYNNE (JVW 3072)
                                                        BARRY, McTIERNAN & MOORE
                                                         Attorneys for Defendants
                                                         2 Rector Street - 14th Floor
                                                         New York, New York 10006
                                                         (212) 313-3600
                                                          File No.: TB 50514

TO:
DAVID A. ZELMAN, ESQ. (DZ 8578)
Attorneys for Plaintiff
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072