File No.: TB 50514

## *AFFIDAVIT OF SERVICE*

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

LOUISE LaROY, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

That on May 2, 2007, a true copy of the annexed RULE 7.1 STATEMENT and AMENDED ANSWER was served in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
DAVID A. ZELMAN, ESQ. (DZ 8578)
Attorneys for Plaintiff
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072

_____
LOUISE LaROY

Sworn to before me this
2nd day of May, 2007

COREEN SEMPLE-FRASER
NOTARY PUBLIC, State of New York
No. 01SE6002732
Qualified in Kings County
Commission Expires Feb. 17, 2010