UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAURICE MCKAY,

                Plaintiff,

-v-

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY et al,

                Defendants.

No. 05 Civ. 8936 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on October 11, 2007, the Court adopted the following schedule:

> Plaintiff shall submit and serve on all parties its letter-brief addressing the subpoena issue not later than October 18, 2007.

> Defendant's letter-brief in opposition shall be submitted and served not later than October 23, 2007.

> The parties are instructed to submit a joint pretrial order for the Court's approval not later than November 16, 2007. Please refer to Rule 3. A. of this Court's Individual Practices, located at http://www1.nysd.uscourts.gov/judge_info.php?id=99, for the required contents of the order.

> Counsel for all parties shall appear for a final pretrial conference on November 28, 2007 at 10:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

> Jury selection and trial will commence on December 10, 2007.

SO ORDERED.

Dated:    New York, New York
             October __, 2007

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE