UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAURICE McKAY,

    Plaintiff,

                                            Case No. 05 CV 8936

v.

1TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY ("TBTA"), TBTA POLICE OFFICER
MICHAEL CHIAIA, Shield #2507, TBTA POLICE
OFFICER JOSE VASQUEZ, TBTA POLICE
OFFICER CLARENCE WHITAKER SHEILD #422,
TBTA POLICE OFFICER MICHAEL ALBANO,
TBTA POLICE OFFICER MICHAEL ZINO,

    Defendants.

---

### PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS

---

The Plaintiff, MAURICE McKAY, by his attorney David A. Zelman, Esq. proposes that the following questions be put to the jury panel on voir dire in addition to the Court's standard questions:

    First, each juror should be asked to describe his or her occupations held throughout life, and his or her spouse's occupations. Then all should be asked:

1.    [Ask of each juror in turn] Do any of you belong to any voluntary

organizations, groups or clubs of any kind? To which groups do you belong and how frequently do you attend meetings or functions?

2. [Ask of each juror in turn] What radio or programs do you listen to regularly, and which television shows do you watch regularly, if any? What magazines and newsletters do you read regularly? If you read books, what sort of books do you read, and what was the last book you read?

3. [Ask of each juror in turn] How much time do you spend listening to talk radio?

4. This is a police misconduct case. Please raise your hand if you think that our current laws protecting citizens' rights are an unreasonable burden on police officers?

5. Please raise your hand if you or your close friends or family members ever had a claim for damages filed against him or her or against an employer with which you were affiliated? [To those responding affirmatively, ask] the nature of the case, your involvement, and whether you were satisfied with the outcome of the case.

6. Please raise your hand if you or any close friends or family members worked for law enforcement, or worked in a job which involved regular contact with law enforcement officers?

7. Please raise your hand if you or any close friends or family members have had any particularly memorable experiences with law enforcement officers?

8. Please raise your hand if you believe that you would have difficulty returning a verdict for substantial damages in a case in which the victims' injuries are financial and emotional in nature?

9. Please raise your hand if you feel that you or members of your family might be somewhat embarrassed if it were to become known that you had sat on a jury which brought in a verdict against a law enforcement agency?

10. Please raise your hand if you have any positive or negative feelings about

persons who bring lawsuits alleging that their rights have violated by officers?

11. Please raise your hand if you or any of your close friends or family members have ever worked in the insurance business in any capacity?

12. Please raise your hand if you have ever served in the military? [To those responding affirmatively] Please describe the nature of that service and your particular duties.

13. Please raise your hand if you have any attitudes or experiences that might make it hard to be fair with a man who has been accused of a crime? [To those who respond affirmatively] Please elaborate.

Dated this Wednesday, November 21, 2007.
Respectfully submitted,
Maurice McKay, Plaintiff
By:

DAVID A. ZELMAN, ESQ.
ATTORNEYS FOR PLAINTIFF
(dz 8578)
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072