UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

MAURICE MCKAY,

          Plaintiff,

-v-

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY et al,

          Defendants.

No. 05 Civ. 8936 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall submit to the Court, not later than Monday, December 3, 2007 at 4:00 p.m., a revised joint proposed pre-trial order that attaches each party's witness list and exhibit list, each complete with objections and the grounds for the objections, if any, to each witness and/or exhibit.

    IT IS FURTHER ORDERED that the parties shall also submit to the Court, not later than Monday, December 3, 2007 at 4:00 p.m., jointly-proposed *voir dire* questions, jointly-proposed jury instructions, and a jointly-proposed verdict form, with objections and/or alternative proposals noted in bold, and with citations to the applicable rule or authority relied upon.

    IT IS FURTHER ORDERED that counsel who will try the case shall appear before the Court for the final pre-trial conference on Wednesday, December 5, 2007 at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Failure of trial counsel to appear at this conference may result in sanctions.

    IT IS FURTHER ORDERED that, pending the outcome of the final pre-trial conference, jury selection and trial will commence, as scheduled, on December 10, 2007. The

parties are instructed, in compliance with previous orders of this Court, to schedule and complete the second mediation session prior to the commencement of trial and on the earliest possible date.

SO ORDERED.

Dated:  November 28, 2007
        New York, New York

                                             _____
                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE