UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

MAURICE MCKAY,

                              Plaintiff,


                    -against-


TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY ("TBTA"), TBTA POLICE OFFICER
MICHAEL CHIAIA, Shield #2507, TBTA POLICE
OFFICER JOSE VASQUEZ, TBTA POLICE
OFFICER CLARENCE WHITAKER SHEILD #422,
TBTA POLICE OFFICER MICHAEL ALBANO,
TBTA POLICE OFFICER MICHAEL ZINO,


                              Defendants.
_____X

JUDGE SULLIVAN

05 CV 8936

## SPECIAL VERDICT FORM--LIABILITY AND DAMAGES

1.    Do you find that plaintiff has met his burden of establishing, by a preponderance

of the evidence, that one or more of the defendants subjected him to a malicious prosecution in

violation of his federal constitutional rights?

| | | |
|---|---|---|
| MICHAEL CHIAIA | Yes _____ | No _____ |
| JOSE VASQUEZ | Yes _____ | No _____ |
| CLARENCE WHITAKER | Yes _____ | No _____ |
| MICHAEL ALBANO | Yes _____ | No _____ |
| MICHAEL ZINO | Yes _____ | No _____ |

        Regardless of you answer to Question 1, please proceed to Question 2.

2.      Do you find that plaintiff has met his burden of establishing, by a preponderance of the evidence, that one or more of the defendants used more force than was reasonable in violation of Mr. McKay's federal rights protected by the Fourth Amendment to the United States Constitution?

MICHAEL CHIAIA                  Yes _____   No _____

JOSE VASQUEZ                    Yes _____   No _____

CLARENCE WHITAKER               Yes _____   No _____

MICHAEL ALBANO                  Yes _____   No _____

MICHAEL ZINO                    Yes _____   No _____

If you responded "No", to each one of the above questions, stop here and notify the clerk.  If you responded "Yes" as to any officer in question 1, continue to question 3 now.  If you responded "Yes" as to any officer in question 2, continue to question 5 now.  If you responded "Yes" as to any officer in questions 1 and 2, proceed to question 7 now.

3.      Has Mr. McKay proved by a direct result or a reasonably probable consequence of preponderance of the evidence that he suffered injury as a direct result or a reasonably probable consequence of one or more of the defendants' having maliciously prosecuted him?

Yes _____   No _____

If your answer to this question is "No", return to instructions following question 2.  If your answer to this question is "Yes", proceed to question 4.

4.      What amount of damages did Mr. McKay sustain as a result of one or more of the defendants having subjected him to a malicious prosecution?

-2-

$_____ past emotional distress

$_____ future emotional distress _____ number of years

$_____ legal expenses

$_____ loss of wages/overtime

$_____ future loss of employment opportunities _____ number of years

$_____ other damages

**(Defendant objects to this question because it believes only one question should be asked regarding damages and only after the jury has answered current question #5. If this Court will permit a question #4 separating damages for the mal pros claim the defendants also object to the breaking down of the damages in the matter requested by plaintiff and defendant requests only two lines, one for economic loss and one for non economic loss.**

Return to instructions following question 2.

5.     Has Mr. McKay proved that he suffered injury as a direct result or a reasonably probable consequence of one or more of the defendants' having used more force than was reasonable?

Yes _____     No _____

If your answer to this question is "No", return to instructions following question 2. If your answer to this question is "Yes", proceed to question 6.

6.     What amount of damages did Mr. McKay sustain as a result of one or more of the defendants having used more force than was reasonable?

$ _____ past pain and suffering

$_____ future pain and suffering _____ number of years

$_____ past emotional distress damage

$_____ future emotional distress _____ number of years

**Defendants object to plaintiff breaking down past pain and suffering from emotional**

**distress and believe there should only be one line. The same is true for future damages.**

**Defendant reiterates its objections that there are two damage questions #4 and #6 and**

**believe that there should be only one damage question.**

Return to instructions following question 2.

7.    In addition to any compensatory damages you have awarded Mr. McKay, which

compensate him for damages he actually suffered and will suffer, do you find that any of the

individual defendants should pay punitive damages to Mr. McKay?  If so, please state the

amount.

MICHAEL CHIAIA                    Amount _____        No_____

JOSE VASQUEZ                      Amount _____        No _____

CLARENCE WHITAKER                 Amount _____        No _____

MICHAEL ALBANO                    Amount _____        No _____

MICHAEL ZINO                      Amount _____        No _____

**(Defendant objects and states that there should not be an amount listed above and t he jury**

**should only report yes or no at this stage.)**

Dated: December 2, 2007
       Brooklyn, New York

_____
David A. Zelman, Esq. (Dz8578)

Attorney for Plaintiff
MAURICE McKAY
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072

_____

John Wynne, Esq. (Jw_____)
Barry McTiernan and Moore, LLP
Counselors at Law
Attorneys for Defendants
2 Rector Street,
New York, NY 10007