UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAURICE MCKAY,

                Plaintiff,

-v-

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY et al,

                Defendants.

No. 05 Civ. 8936 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

---

RICHARD J. SULLIVAN, District Judge:

       IT IS HEREBY ORDERED that counsel who will try the case shall appear before the Court for a conference on Monday, December 10, 2007 in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The conference shall take place after the completion of the scheduled mediation session. The parties are directed to call chambers after the mediation concludes, and the Court will schedule a time for the parties to appear for the conference.

SO ORDERED.

Dated:     December 7, 2007
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE