*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MAURICE MCKAY,

                 Plaintiff,

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY ("TBTA"), TBTA POLICE OFFICER
MICHAEL CHIAIA, Shield #2507, TBTA POLICE
OFFICER JOSE VASQUEZ, TBTA POLICE OFFICER
CLARENCE WHITAKER, Shield #422, TBTA
POLICE OFFICER MICHAEL ALBANO, TBTA and
POLICE OFFICER MICHAEL ZINO,

                 Defendants.
---------------------------------------------------------X

ECF CASE

JUDGE SULLIVAN

05 CV 8936

STIPULATION OF
DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the attorneys for the respective parties in the above captioned action that this action is discontinued with prejudice.

    THIS STIPULATION MAY BE FILED WITH THE COURT WITHOUT FURTHER NOTICE TO THE PARTIES.

Dated: Kings, NY
        December 20, 2007

By: David Zelman, Esq.

Law Office of David Zelman
Attorney for Plaintiffs
225 Broadway, 38th Floor
New York, NY 10007
(212) 791-7795

By: John V. Wynne, Esq.

John V. Wynne, Esq. (JVW 3072)

1/7/08